

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2018
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-mJ-298 |
| SERAFIN SANCHEZ RUIZ (01) | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about May 10, 2017, in the Northern District of Texas, the defendant, **Serafin Sanchez Ruiz**, using a means or facility of interstate or foreign commerce, that is a cellular phone and/or computer connected to the internet, did knowingly attempt to persuade, induce, and entice an individual whom he believed was 14 years old, to engage in sexual activity for which a person can be criminally charged under Texas state law, that is a violation of Texas Penal Code Section 22.011(a)(2), Sexual Assault of a Child.

In violation of 18 U.S.C. § 2422(b).

## INTRODUCTION

I, Steven Chisholm, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the United States Secret Service ("USSS") since June 2016, and I am currently assigned to the Dallas Field Office located in Irving, Texas. Since joining the USSS, I have been involved in investigations of counterfeit U.S. currency and crimes against children. I have gained experience in such investigations through everyday work related to conducting these types of investigations. I have also participated with agents from the U.S. Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, in conducting criminal investigations

involving child exploitation and child enticement. As a USSS Special Agent, I am authorized to investigate federal crimes involving the sexual exploitation of children, including, but not limited to, the illegal coercion and enticement of minors.

2. I am familiar with the information contained in this Complaint based upon the investigation that was conducted, my conversations with other law enforcement officers who have participated in this investigation, and the investigations involving online child enticement. This Complaint accurately summarizes the evidence I discovered during my investigation; it does not, however, contain every detail known to me about the investigation.

## OVERVIEW OF INVESTIGATION

3. On or about March 29, 2017, **Serafin Sanchez Ruiz**, a 27-year-old male, contacted a 14-year-old female (MV) on the social media application, Whisper, using the screenname "Mr." During their conversations, MV told **Ruiz** that she was 14 years old, to which **Ruiz** responded "Fuck… I didn't think you would be that young." **Ruiz**, however, continued communicating with MV, requested pictures of her, and eventually arranged to pick-up MV from her house.

4. On or about March 30, 2017, **Ruiz** drove from his house in Desoto, Texas, to MV's house in Arlington, Texas, picked up MV, and then drove her back to his house. At **Ruiz's** residence, **Ruiz** and MV engaged in sexual intercourse. MV remained at **Ruiz's** residence for approximately three to four hours, then **Ruiz** drove MV back to her house in the early morning hours of March 31, 2017.

5. MV's mother later discovered the incident and contacted the Arlington Police Department. In response, officers from Arlington Police Department assumed MV's online

identity. On May 10, 2017, an Arlington Police Department officer acting in an undercover capacity (UCA), using MV's cellular phone and posing as MV on the Whisper application, contacted **Ruiz**. The UCA's initial message stated "Hay. Still alive?" to which **Ruiz** responded "Hello beautiful!!!! Yes I am :)." The UCA explained that her phone had been taken away and she had been grounded for a month for bad grades. **Ruiz** quickly responded "I've been wanting to see you ever since that night :/ lol." Within 25 minutes of the UCA's initial message, **Ruiz** asked if he could meet MV again. The UCA and **Ruiz** then arranged to pick up MV at her house after everyone went to sleep and return to his house. **Ruiz** asked for MV's address again and agreed to bring condoms. He also stated "Send me pictures of you! I've missed seeing your beautiful face :)." Later on that evening, he texted the UCA multiple times to coordinate picking up MV after everyone in her house was asleep.

6. On May 10, 2017, **Ruiz** arrived at MV's residence at the agreed time and was arrested. **Ruiz**, after receiving his *Miranda* warnings, was interviewed at the time of his arrest and again, at his request, after he was booked into jail. Ultimately, **Ruiz** admitted that he:

- contacted MV through the Whisper application;
- induced MV to give him her address;
- knew MV was 14 years old;
- had previously picked MV up from her home and drove her back to his house where he engaged in sexual intercourse with MV; and
- arrived at MV's residence on May 10, 2017, hoping to engage in sexual intercourse again with her.

The sexual activity **Ruiz** described is a violation of Texas Penal Code § 22.011(a)(2).

7.  **Ruiz's** cellular phone and iPad were seized at the time of his arrest and were subsequently examined. During the examination, internet searches for MV's address and MV's name were located on **Ruiz's** cellular phone. Photographs that MV had sent to **Ruiz** via Whisper were located on **Ruiz's** iPad.

8.  Based on my training and experience, I am aware that to connect to the Whisper application, a user has to connect to the Internet. I am also aware that the Internet and cellular phones are both means and facilities of interstate and foreign commerce.

## CONCLUSION

9.  Based on the foregoing facts and circumstances, there is probable cause to believe that on or about May 10, 2017, in the Northern District of Texas and elsewhere, **Serafin Sanchez Ruiz**, using a facility or means of interstate or foreign commerce, knowingly attempted to persuade, induce, and entice a person who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

_____
Steven Chisholm, Special Agent
United States Secret Service

Subscribed and sworn to before me on this 16TH day of May, 2018 at 11:08 a.m., in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE